[No. 65799-2-I.   Division One.   March 19, 2012.]

*In the Matter of the Personal Restraint of* ZELIMIR SHEM McDOWELL, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 66057-8-I.   Division One.   March 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON ROBINSON, *Appellant.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 8, 2012. Substitute opinion filed. See 171 Wn.App. 1005.

[No. 66107-8-I.   Division One.   March 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. M.P., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-8-02210-6, Julia L. Garratt, J. Pro Tem., entered October 7, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 66404-2-I.   Division One.   March 19, 2012.]

TIMOTHY SMITH ET AL., *Appellants*, v. FRYE BUILDING LIMITED PARTNERSHIP, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-31300-8, Joan E. DuBuque, J., entered December 2, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Spearman, J.